IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE COPELAND
ADC #116878                                                                                              PETITIONER

VS.                                           5:06CV00036 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                       RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 25th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE